UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LARRY GONZALEZ,

                       Plaintiff,

                                          Civil Action No

      v                                        6:23-CV-0948-TJM-ML

MARTIN O'MALLEY,                       STIPULATION AND ORDER OF
COMMISSIONER OF SOCIAL SECURITY,    REMAND PURSUANT TO
                                                          SENTENCE 4 OF 42 U.S.C. § 405(g)

                       Defendant
-----------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between Carla B. Freedman, United States Attorney for the Northern District of New York, and, Special Assistant United States Attorney, Kristina Cohn attorneys for the Defendant, and, Larry Gonzalez, Plaintiff, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision. The Clerk is directed to enter judgment. See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: New York, New York

      April 9, 2024

                                                 CARLA B. FREEDMAN
                                               United States Attorney for the
                                               Northern District of New York
                                               Attorney for Defendant

                          By:     /s/ Kristina Cohn
                                 Kristina Cohn
                                 Special Assistant United States Attorney
                                 c/o Social Security Administration

                                 Office of Program Litigation, Office 2

                                 Office of the General Counsel

                                 6401 Security Boulevard

                                 Baltimore, MD 21235

                                 (212) 264-2179

                                 Kristina.cohn@ssa.gov

                          Larry Gonzalez
                          811 Court Street
                          #409
                          Utica, NY 13502
                          Tel. (315) 542-3671
                          Shygod03@yahoo.com

x _____
    Larry Gonzalez *(signature)*

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge

Dated: 4/19/2024
Syracuse, NY